UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BHANUMATHI BAYATAPALLI and SHIVA REDDY TADI,<br><br>Plaintiffs,<br><br>v.<br><br>JOSEPH B. EDLOW and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:26-cv-00100-JNW |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Defendants' motion to dismiss, Dkt. No. 10, is GRANTED with the relief ordered at Dkt. No. 26.

Dated July 22, 2026.

Joshua C. Lewis
Clerk of Court

/s/ Kathleen Albert
Deputy Clerk